# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown

February 22, 2023

By ECF

Honorable Richard M. Berman
United States District Judge
Southern District of New York

**Re:  *United States v. Ray Dungey*, 23 Cr. 55 (RMB)**

Dear Judge Berman:

> We can discuss at a conference on 3/13/23 at 9:00 am.
>
> SO ORDERED:
> Date: 2/23/23
> Richard M. Berman, U.S.D.J.

I write to respectfully request that the Court modify Ray Dungey's bond to permit him to travel to D.N.J. and D. Conn. for legitimate work purposes. **The Government and Pretrial Services consent to this request.**

As background, Mr. Dungey is indicted before this Court on charges including conspiracy to alter vehicle identification numbers, possession of forged securities, and odometer tampering. He is released on a set of bail conditions including, as relevant, travel restricted to SDNY/EDNY. He has been compliant with all conditions. Mr. Dungey's work sometimes requires him to travel to New Jersey and Connecticut. Accordingly, I respectfully request that the Court expand his travel permissions to include D.N.J. and D. Conn.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Brandon C. Thompson, Esq.
      Vanessa Perdomo, Pretrial Services