**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 55 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| RAY DUNGEY | : | |
| GIORDANY CASTILLO ABREU, | : | |
| | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

The status conference scheduled for Wednesday, June 14, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: June 7, 2023
         New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.