**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 55 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| RAY DUNGEY, | : | |
| GIORDANY CASTILLO ABREU, | : | |
| | : | |
| Defendant(s). | : | |

---------------------------------------------------------------x

The status conference scheduled for Wednesday, November 1, 2023 at 12:00 P.M. will take place in Courtroom 17B.

Dated: October 25, 2023
New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.