UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              **ORDER**

        -against-                     23 Cr 55 (RMB)

RAY DUNGEY,

                Defendant.
------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on December 11, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that RAY DUNGEY's guilty plea is accepted.

IT IS FURTHER ORDERED that the sentence will be held on Tuesday, April 23, 2024 at 10:00 am. Defense sentencing submission shall be filed by April 8, 2024. Government sentencing submission shall be filed by April 15, 2024.

Dated: New York, New York
       December 13, 2023

                                            RICHARD M. BERMAN, U.S.D.J.