**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 25, 2024

By ECF

Honorable Richard M. Berman
United States District Judge
Southern District of New York

**Re:  *United States v. Ray Dungey*, 23 Cr. 55 (RMB)**

Dear Judge Berman:

As counsel to Ray Dungey, I write to respectfully request a two-week adjournment of the April 23, 2024 sentencing in this matter. The Government consents to this request. I make this request, my first, because due to a variety of pending submissions in other cases I need additional time to complete Mr. Dungey's sentencing submission.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Brandon C. Thompson, Esq.

---

Sentence is adjourned to May 9, 2024 at 10:00 am.  Defense sentencing submission is due April 23, 2024.  Government sentencing submission is due April 30, 2024.

SO ORDERED:
Date: 3/25/24

*Richard M. Berman*
Richard M. Berman, U.S.D.J.