**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :

                                                   :

                        Government,                :          23 CR. 55 (RMB)

                                                   :

        - against -                                :          **ORDER**

                                                   :

                                                   :

RAY DUNGEY,                                         :

                                                   :

                        Defendant.                 :

----------------------------------------------------------------x


        The sentencing scheduled for Thursday, May 9, 2024 at 10:00 A.M. will take place

in Courtroom 17B.



Dated: May 1, 2024
        New York, NY



                                        _____

                                           RICHARD M. BERMAN
                                                 U.S.D.J.