# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 7, 2025

By ECF

Honorable Richard M. Berman
United States District Judge
Southern District of New York

Re: **United States v. Ray Dungey, 23 Cr. 55 (RMB)**

Dear Judge Berman:

I write without objection from the Government to respectfully request that the Court order Pretrial Services to return Ray Dungey's passport to him. On May 9, 2024, the Court sentenced Mr. Dungey to 17 months' imprisonment and two years' supervised release following his guilty pleas. Mr. Dungey recently completed his term of incarceration.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

SO ORDERED:

*Richard M. Berman*

**Hon. Richard M. Berman**
**U.S. District Judge**
4/8/25