**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,   :   23 CR. 55 (RMB)
                                         :
     - against -                         :   **ORDER**
                                         :
                                         :
RAY DUNGEY,                              :
                                         :
                Defendant.    :
-------------------------------------------------------------x

      The supervised release hearing scheduled for Tuesday, August 12, 2025 at 11:00 A.M. will take place in Courtroom 17B.


Dated: August 7, 2025
       New York, NY

                                          _____
                                            RICHARD M. BERMAN
                                                U.S.D.J.