**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                         :
                      Government,     :    23 CR. 55 (RMB)
                                                         :
    - against -                              :    **ORDER**
                                                         :
RAY DUNGEY,                                       :
                                                         :
                      Defendant.       :
------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 21, 2025 at 12:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 580 315 458#

Dated: October 15, 2025
       New York, NY

                                                  _____
                                                  **RICHARD M. BERMAN**
                                                          **U.S.D.J.**