**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                           Government,       :        23 CR. 55 (RMB)
                                             :
              - against -                    :        **ORDER**
                                             :
                                             :
RAY DUNGEY,                                  :
                                             :
                           Defendant.        :
------------------------------------------------------------x


The supervised release hearing scheduled for Wednesday, December 10, 2025 at 10:00 A.M. will take place in Courtroom 17B.


Dated: December 3, 2025
          New York, NY


_____
                    RICHARD M. BERMAN
                    U.S.D.J.