**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :

                            Government,              :          23 Cr. 55 (RMB)

          - against -                                    :          **ORDER**

RAY DUNGEY,                                          :

                        Defendant.               :

------------------------------------------------------------------------x

       The supervised release hearing is scheduled for January 22, 2026 at 11:00 A.M. on Microsoft Teams. The Court will send the link by email to the parties and counsel.

Dated: January 15, 2026
      New York, NY

                                       _____
                                       **RICHARD M. BERMAN**
                                          **U.S.D.J.**