**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                         :

                     Government,            :        23 Cr. 55 (RMB)
                                         :

        - against -                                      :        **ORDER**

                                         :
RAY DUNGEY,                                         :

                      Defendant.            :
------------------------------------------------------------------x

      The supervised release hearing is scheduled for March 12, 2026 at 12:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 5, 2026
       New York, NY

                                               **RICHARD M. BERMAN**
                                                    **U.S.D.J.**