**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                          Government,        :        23 Cr. 55 (RMB)

                                             :

            - against -                      :        **ORDER**

                                             :

                                             :

RAY DUNGEY,                                  :

                                             :

                          Defendant.         :
------------------------------------------------------------------x


The supervised release hearing previously scheduled for April 7, 2026 is hereby rescheduled to April 22, 2026 at 11:00 A.M on Microsoft Teams. The Court will send the link by email.


Dated: April 2, 2026
      New York, NY



_____
**RICHARD M. BERMAN**
**U.S.D.J.**