**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,         :
          :
         Government,    :      23 Cr. 55 (RMB)
          :
    - against -        :      **ORDER**
          :
RAY DUNGEY,         :
          :
        Defendant.    :
--------------------------------------------------------------x

The supervised release hearing is scheduled for April 28, 2026 at 12:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: April 24, 2026
New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**