**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
          :
          Government,    :      23 CR. 55 (RMB)
          :
      - against -        :      **ORDER**
          :
RAY DUNGEY,          :
          :
          Defendant.    :
----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, June 23, 2026 at

11:00 A.M.

The court will send the link via email.

Dated: June 17, 2026
      New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**