**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 23 CR. 55 (RMB)

- against - : **ORDER**

RAY DUNGEY, :

Defendant. :

--------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 16, 2026 at 9:00 A.M.

The court will send the link via email.

Dated: July 8, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**