**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

Government,

- against -

RAY DUNGEY,

Defendant.

23 CR. 55 (RMB)

**ORDER**

The supervised release hearing is scheduled for Wednesday, December 2, 2026 at 10:00 A.M.

The court will send the link via email.

Dated: November 23, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**